UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RALPH COUNTRYMAN, | Case No. 3:13-cv-00013-MMD-VPC |
| Plaintiff, | ORDER |
| v. | |
| CHRIS PERRY, et al., | |
| Defendants. | |

The Court severed the plaintiffs into separate actions, and the Court directed plaintiff Countryman to file another application to proceed *in forma pauperis* or to pay the filing fee. Plaintiff Countryman has not complied with the Court's order within the allotted time.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice for plaintiff Countryman's failure to comply with the Court's order. The Clerk of the Court shall enter judgment accordingly.

DATED THIS 20th day of June 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE